United States District Court
Southern District of Texas
**ENTERED**
March 27, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA          §
                                  §
VS                                §          CRIMINAL ACTION NO. H-24-404
                                  §
ALFRED JACOBY GREEN, *et al*      §

## **AMENDED SCHEDULING ORDER**

Pending before the Court is the Joint and Unopposed Motion to Continue Trial and Extend

Deadlines (Doc. No. 162). The Court GRANTS the motion and enters the following schedule as to

all Defendants:

MOTIONS will be filed no later than                      **August 29, 2025**

RESPONSES will be filed no later than                    **September 12, 2025**

PRETRIAL CONFERENCE will be held                         **September 22, 2025**
    before Judge Andrew S. Hanen, Courtroom 9C at **8:30 AM**

JURY SELECTION and TRIAL is scheduled                    **September 29, 2025**
    before Judge Andrew S. Hanen, Courtroom 9C at **9:00 AM**

### **DEFENDANT'S PRESENCE IS REQUIRED AT ALL SETTINGS**

SIGNED this _____27th_____ day of March 2025.


_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE